**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE ECHERT,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CIR LAW OFFICES, LLP.,<br><br>　　　　Defendant. | Case No.: **2:12-cv-09259-JCG**<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 1, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Judge
　　　　　　　　　　　　　　　　　　Jay C. Gandhi
　　　　　　　　　　　　　　　　　　United States Magistrate Judge